IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY PUBLIC DEFENDER'S OFFICE,<br><br>    Defendant.                        / | No. C 11-06361 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    In a notice dated December 15, 2011, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an <u>in forma pauperis</u> (IFP) application, and told him that he must complete these documents within thirty days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

    More than thirty days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED:   1/19/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Williams6361.DISM(noCOMPL&noIFP).frm

<table>
</table>

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  O WILLIAMS,                                           Case Number: CV11-06361 SBA

              Plaintiff,
5                                                        **CERTIFICATE OF SERVICE**

      v.
6
   // et al,
7
              Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 O. Williams CC1100004
   Contra Costa West County Detention Facility
16 5555 Giant Highway
   Richmond, CA 94806
17
   Dated: January 23, 2012
18                                                       Richard W. Wieking, Clerk
                                                         By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.11\Williams6361.DISM(noCOMPL&noIFP).frm    2